UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 4:18-cr-00010-SEB-VTW-06 |
| | ) |
| JULIAN PEREZ, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

This matter having come before the Court upon the government's Motion for Reconsideration of Release Order and the Court being duly advised in the premises now finds that said motion should be granted.

IT IS THEREFORE ORDERED that the release of defendant Julian Perez, is stayed pending review by this Court of the order granting his pretrial release in the above-captioned cause, pursuant to 18 U.S.C. § 3142(f).

IT IS FURTHER ORDERED that a hearing in accordance with this order will be set upon U.S. Marshal's notification to the courtroom deputy of defendant's arrival in this district.

So ORDERED this 12th day of December, 2022.

        *[signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.
United States Marshal Service
United States Probation

Adam M. Koppekin
Bledstein and Koppekin, LLC
15915 Ventura Boulevard, Ste. 203
Encino, CA 91436