Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:22-mj-04781-DUTY-1

| | |
|---|---|
| Case title: USA v. Perez | Date Filed: 12/07/2022 |
| Other court case number: 4:18CR10-SEB-VTW-6 Southern District of Indiana | Date Terminated: 12/07/2022 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Julian Perez**<br>REG 35048-510<br>*TERMINATED: 12/07/2022* | represented by | **Adam M. Koppekin**<br>Bledstein and Koppekin, LLP<br>15915 Ventura Boulevard Suite 203<br>Encino, CA 91436<br>818-995-0801<br>Fax: 818-981-6098<br>Email: imblaw@imblaw.la<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **US Attorney's Office** |

AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2022 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Julian Perez, originating in the Southern District of Indiana. Defendant charged in violation of: 21:846. Signed by agent J Bravo, USMS, DUSM. USA. (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Julian Perez; defendants Year of Birth: 1985; date of arrest: 12/7/2022 (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 3 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Julian Perez (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Patricia Donahue as to Defendant Julian Perez. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order).Contested detention hearing held, granting 3 REQUEST for Detention as to Julian Perez (1). Defendant arraigned and states true name is as charged. Attorney: Adam M. Koppekin for Julian Perez, Retained, present. Court orders bail set as: Julian Perez (1) $20,000 Appearance Bond, see attached for terms and conditions. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Southern District of Indiana. Government ordered to provide defendant with date, time, and location on next hearing date and give to defense counsel. Court Smart: CS 12/7/22. (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 5 | DECLARATION RE: PASSPORT filed by Defendant Julian Perez, declaring that I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 6 | DESIGNATION AND APPEARANCE OF COUNSEL; filed by Adam M. Koppekin appearing for Julian Perez (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Patricia Donahue as to Defendant Julian Perez. (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 8 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Julian Perez. (mhe) (Entered: 12/08/2022) |
| 12/07/2022 | 9 | SEALED Defendant Julian Perez arrested on warrant issued by the USDC Southern District of Indiana at New Albany. (Attachments: # 1 Charging Documents)(mhe) (Entered: 12/08/2022) |
| 12/08/2022 | | Notice to Southern District of Indiana of a Rule 5 or Rule 32 Initial Appearance as to Defendant Julian Perez. Your case number is: 4:18CR10-SEB-VTW-06. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case |

| | | |
|---|---|---|
| | | number link. The following document link(s) is also provided: [4](#) Order on Request for Detention, Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 12/08/2022) |
| 12/09/2022 | [10](#) | Out of District Motion Received as to Julian Perez (mhe) (Entered: 12/09/2022) |
| 12/12/2022 | [11](#) | Out of District Order issued by District Judge Sarah Evans Barker of the Southern District of Indiana (mhe) (Entered: 12/14/2022) |
| 12/12/2022 | [12](#) | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Patricia Donahue that Defendant Julian Perez be removed to the Southern District of Indiana (ja) (Entered: 12/16/2022) |
| 12/16/2022 | | Notice to Southern District of Indiana of additional Rule 5 documents added to the docket as to Defendant Julian Perez. Your case number is: 4:18CR10-SEB-VTW-06. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: [12](#) Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 12/16/2022) |

Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Julian Perez,

DEFENDANT(S).

CASE NUMBER:

2:22-mj-04781-DUTY-1

**FINAL COMMITMENT AND WARRANT OF REMOVAL**

Southern District of Indiana

At Evansville
_(City)_

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

charging him or her with  (brief description of offense)  CONSPIRACY TO DISTRIBUTE METH

☑ in violation of Title 21 United States Code, Section(s) 846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

- ☑ duly waived arrival of process.
- ☑ duly waived identity hearing before me on December 7, 2022.
- ☐ duly waived preliminary hearing before me on _____.
- ☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  - ☑ Bail has been set at $ 20,000.00 and conditions but has not been posted. (stayed pursuant to government motion)
  - ☐ No bail has been set.
  - ☐ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

December 12, 2022
Date

_Patricia Donahue_
United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date

Deputy

M-15 (01/09)              FINAL COMMITMENT AND WARRANT OF REMOVAL