UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | ) <br> ) <br> ) | |
| vs. | ) <br> ) | CAUSE NO. 4:18-cr-10-SEB-VTW |
| JULIAN PEREZ,<br>    Defendant. | ) <br> ) | - 06 |

**COURTROOM MINUTE FOR DECEMBER 30, 2022**
**HONORABLE MARIO GARCIA, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the Second Superseding Indictment filed on December 9, 2021. Defendant appeared in person and by FCD counsel Joseph Cleary. Government represented by AUSA Brad Blackington. USPO represented by Richard Martinez.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before January 13, 2023.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant waived formal arraignment and reading of the indictment on the record.

Government moved for pretrial detention and requested the reconsideration of the release order from the Central District of California be addressed by the assigned District Judge, Sarah Evans Barker.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 12/30/2022

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system